# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEKSEI BURENKOV,** | Case No.: 4:24-cv-05270-YGR |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | |
| **KRISTI NOEM, ET AL.,** | |
| Defendants. | |

The Court has reviewed defendants' status report informing the Court that the United States Citizenship and Immigration Services interviewed plaintiff and adjudicated plaintiff's asylum application as requested in this action. Plaintiff did not respond to that status report.

The Court now dismisses the action. Defendants' motion to stay is **DENIED** as moot.

This terminates Dkt. No. 13 and closes the case.

**IT IS SO ORDERED.**

Dated: November 19, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**